AMELIA MARMORSTEIN v. FOX THEATRES CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

ARGEAL CORPORATION v. FIFTY-NINTH STREET REAL ESTATE COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MAX EPSTEIN and PHILIP BERMAN v. CASTLE HILL ESTATE, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of FRANK J. JAKUBOWSKY, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of JACOB SOLOT, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CONSOLIDATED LAUNDRIES CORPORATION v. JOSEPH ROTH.— Motion for reargument granted as indicated in order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Respondent, v. PHILIP SCHONBERG, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Untermyer, JJ. [148 Misc. 562.]

LOUIS REGOW, Appellant, v. PORT MORRIS WET WASH LAUNDRY, INC., Defendant, Impleaded with MILLER-LEVIN COMPANY, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of Inspector Health Department, Respondent, v. THE UNITED ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

WILLIAM YOOST, Respondent, v. JOHN FARR, JR., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

WILLIAM BOSTON, Respondent, v. FREDERICK L. CRANFORD-CHARLES H. LOCHER, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

GOLD SEAL ELECTRICAL COMPANY, INC., Appellant, v. BENJAMIN PLATT, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

AMERICAN WOOLEN CO., INC., Plaintiff, v. LOUIS J. SINGERWITZ, Appellant, and GEORGE N. ZENDT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

ABE MCALISTER, Respondent, v. CHIN LEE CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.; O'Malley and Glennon, JJ., dissent and vote to reverse and deny the motion, on the ground that there is an issue of fact.